976 So.2d 622 (2008)
Thomas WALKER, Appellant,
v.
In re ESTATE OF Clyde WALKER, Appellee.
No. 3D07-1889.
District Court of Appeal of Florida, Third District.
February 20, 2008.
Grumer and Macaluso, and Keith T. Grumer and Maidenly Macaluso, Fort Lauderdale, for appellant.
Weiner, Cummings, & Vittoria, and Blas I. Cueto and Paul M. Cummings, Miami, for appellee.
Before GERSTEN, C.J., and RAMIREZ, and CORTIÑAS, JJ.
*623 PER CURIAM.
Affirmed. Diaz v. Ashworth, 963 So.2d 731 (Fla. 3d DCA 2007).